Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

*15 BJ    #4*

# UNITED STATES DISTRICT COURT

*Related to 3:24-cv-228*

for the

*no fee/ no IFP*

Western District of Pennsylvania

*Completed serivee papers*
*enclosed*

_____ Division

Case No. *3:24-cv-242*

DANIEL WILLIAMS ©

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

**RECEIVED**

OCT 15 2024

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

*"See Attached"*

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Full list of Defendant(s)

THE GEO GROUP

THOMAS
RICHBURG
WELLPATH
S. BROWN
DELAWARE COUNTY PRISON
DANA KEITH
MEGAN GILBERT
THE WARDEN OF GEORGE W. HILL CORRECTIONAL FACILITY
JONES
MOODY
LEACH
SUVOOR
GARR
BACON

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | DANIEL WILLIAMS © |
| All other names by which you have been known: | WORM |
| ID Number | QP 1536 |
| Current Institution | SCI PHOENIX |
| Address | 1200 MoKyCHIC DRIVE |
| | Collegeville        P.A.        19426 |
| | City        State        Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE GEO GROUP |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City        State        Zip Code |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | THOMAS |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City        State        Zip Code |

☒ Individual capacity    ☒ Official capacity

Defendant No. 3

    Name                     RICHBURG

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                             *City*           *State*         *Zip Code*

                      ☒ Individual capacity    ☒ Official capacity

Defendant No. 4

    Name                     WELLPATH

    Job or Title *(if known)*   Medical Department

    Shield Number

    Employer              Delaware County Prisons

    Address

                             *City*           *State*         *Zip Code*

                      ☒ Individual capacity    ☒ Official capacity

## II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due process violations of the 14th Amendment, Freedom or religion, Freedom of speech Freedom of Press, Cruel And unusual punishment. Equal opportunity rights regardless of race religion, ethnicity, sex And or sexual preference.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant NO.5

NAME  S. BROWN

Job or title

Shield Number

Employer

Address

CITY        STATE      ZIP CODE

[X] individual Capacity  [X] official Capacity

Defendant NO.6

NAME  Delaware County Prison

Job or title  Security Company

Shield Number

Employer  Delaware County

Address

CITY      STATE      ZIP CODE

[X] individual Capacity  [X] official Capacity

Defendant NO.7

NAME  DANA KEITH

Job or title  NOTARY

Shield Number

Employer

Address

CITY      STATE     ZIP CODE

[X] individual Capacity  [X] official Capacity

Defendant NO. 8

NAME  MEGAN GILBERT

Job or title  Psychiatrist

Shield Number

Employer  WELLPATH

Address

CITY      STATE    ZIP CODE

[X] individual Capacity  [X] official Capacity

Defendant NO.9

NAME  THE WARDEN OF GEORGE W. HILL CORRECTIONAL FACILITY

Job or title __WARDEN_____

Shield Number_____

Employer _____

Address _____

: _____
         CITY    STATE   ZIP CODE

[X] individual Capacity  [X] official Capacity

Defendant No. 10

NAME ___JONES_____

Job or title _____

Shield Number_____

Employer _____

Address _____

_____
        CITY    STATE   ZIP CODE

[X] Individual Capacity  [X] official Capacity

Defendant NO. 11

NAME ___MOODY_____

Job or Title_____

Shield Number_____

Employer _____

Address _____

_____
        CITY    STATE   ZIP CODE
[X] Individual Capacity  [X] official Capacity

Defendant NO. 12

NAME ___LEACH_____

Job or title _____

Shield Number_____

Employer _____

Address _____

_____
        CITY    STATE   ZIP CODE

[X] individual Capacity   [X] official Capacity

Defendant NO.13

NAME SUVOOR

Job or title _____

Shield Number_____

Employer_____

Address_____

_____
CITY     STATE     ZIP CODE

[X] individual Capacity  [X] official Capacity

Defendant NO.14

NAME GARR

Job or title _____

Shield Number_____

Employer _____

Address _____

_____
CITY     STATE     ZIP CODE

[X] Individual Capacity  [X] official Capacity

Defendant NO.15

NAME BACON

Job or Title_____

Shield Number_____

Employer _____

Address _____

_____
CITY     STATE     ZIP CODE

[X] Individual Capacity  [X] official Capacity

Defendant NO.16

NAME _____

Job or title _____

Shield Number_____

Employer _____

Address _____

_____
CITY     STATE     ZIP CODE

[ ] Individual Capacity  [ ] official Capacity

IV. Statement of Claim

C.

① between 10/1/2019 - 1/1/22 (Approx) between the hours of 8Am - 12(Approx)
( Predominantly between the hours of 4pm - 10pm)

② Approx 12/12/21 & 7/23/22 between 4pm - 6:30pm both incident(s)

③ 3/2020 til Approximately Jan 2021 (maybe longer) between 8Am - 4pm

④ 8/22/2019 - 9/22/2022  24 hours  7 days A week

⑤ June 25, 2022 - September 22, 2022  24 hours  7 days A week

⑥ July 21, 2022 - September 2022  24 hours  7 days A week

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. "SEE ATTACHED"

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

George W. Hill Correctional Facility @ 500 Cheyney road, Thornton, P.A [19373] between October of 2019 - September 22, 2022.

II. Basis For Jurisdiction.

Section D.

ALL defendant(s) were either employee(s) of and/or working for the Commonwealth of Pennsylvania in some way shape or form. The GEO GROUP operated George W. Hill Correctional Facility in an official Capacity for the Delaware County Court of Common Pleas and/or some type of government entity. Correctional Officer THOMAS, Sergeant RICHBURG, Sergeant S. BROWN, Luitenant MOODY, CHIEF LEACH, CORRECTIONAL Officer SUVOOR, Correctional officer GARR, Correctional Officer BACON, DANA KEITH, Sergeant JONES, THE WARDEN OF GEORGE W. HILL Correctional FACILITY were all employee(s) thereof and either Acted or failed to Act in an official Capacity under Color of state law And failed in their duty And/or OATH to uphold the United States Constitution. There was a transition period when Some (MOST) of these same defendant(s) (employee(s)) Were Working for Delaware County Prison. WellPath was/is the Medical provider for Delaware County Prison. All working for Delaware County Court of Common Pleas And both Acted And/or failed to Act in an Official Capacity Under Color of State law.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

① between 10/1/2019 - 1/1/22 (Approx) between the hours of 8Am - 12Am (Approx)
② Approx 12/12/21 & 7/23/22 between 4:00pm - 6:30pm both incident(s)
③ 3/2020 til Approximately Jan 2021 between 8Am - 4pm
④ 8/22/19 - 9/22/22 24 hours 7 days A week    "See Attached"

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached"

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Mr Williams endured A great Physical & Emotional, pain & Suffering, Knee injury (surgery needed), elbow, NECK, and back Injuries, Stab wounds, punctured skin, Mr Williams needs therapy (Physical & Mental) There was no treatment received but Mr Williams still needs plenty of it. Because of his Knee injury he hasn't been Able to run since the Assault(s). FACTS.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. $200,000.00 From The Geo Group. 120,000.00 In Actual damages And $80,000.00 in punative Damages, $20,000.00 from WellPath for failure to Act And Actual damages $12,000.00 Actual, $8,000.00 punative, Delaware County Prison $13,000.00 $8,000.00 Actual (property & injury Aggravated Knee & Mental) $5,000.00 punative. 12 other defendants at $10,000.00 each All punative for deprivation of Colors (Failure to Act in An official Capacity) For A total of $353,000.00 Some of these claims Aint even worth the Money for what Mr Williams has gone through. FACTS (Knee surgery, therapy, medication, Counseling for A lifetime)

①  In the Autumn of 2019 by way of force And Kidnapping Mr Williams was
introduced to Correctional officer Thomas. It started as An open but regular/
normal conversation "Hey, Are you ok?" In his thick African Accent that was
different but intriging at the same time. The dayroom was always bright And
so small that someone is Always paying Attention. Only 24 cells, 12 on the
bottom tier and 12 on the top tier. Mr Williams originally resided in 107 or
Cell 108 but then was moved to cell 102. An inmate Named Robert was his
Cell mate. The cell Mr Williams was caged in at the time was 102 on Unit
10, pod B, which was on the far side of the dayroom from the entrance
to pod B. Not quite under the steps leading to the Top tier And yet still slightly
hidden Away because of the distance from the entrance And the control bubble.
"In the cut is the term commonly used" OFten when Mr Williams would be in
his cell And All Alone, Robert "OFten called Bob" would be in the dayroom,
either At the furthest table near the phone closest to the sink And shower
writing A book and/or at the sink washing clothes. Bob was A maytag (A
maytag is Commonly referred to someone who washes clothes in prison) These
actions by Bob would leave Mr Williams Vulnerable to predatory official(s).

   The sex between Mr Williams and Correctional officer Thomas started
as A light rub on the shoulders to break the touch barrier. Then next A feel on
the lower back/hip, upper buttocks area. Mr Williams felt uncomfortable but
what is he to do? A man of Authority C.O. Thomas was, And Mr Williams
An inmate being Nobody, was At An extreme disadvantage.

   Mr Williams could tell that most days C.O. Thomas had been drinking.
More than likely some type of Cheap Vodka. (Thats what the smell was like, And
thats what he would bring in sometimes) Sometimes for sexual favors C.O. Thomas
would bring in platters (outside Food) and/or Alcoholic beverage (usually in A
water bottle). Gasava leaf (African Food) is An exclusive meal to A prisoner

So in exchange A Correctional officer (C.O. THOMAS) could have whatever he wanted. This was coehersive procedures And tactics Applied to get sex. And it worked. C.O. THOMAS would come into Cell 102 Unit 10, pod B while Mr Williams was there Alone. Mr Williams would perform oral sex on C.O Thomas. Never too long because the C.O. (THOMAS) did not want to seem suspicious. Most times it didn't take long for C.O. Thomas to Climax. Mr Williams remembers Mr Thomas coming in cell 102 on unit 10 pod B, standing with his back to the door so nobody could see what illicit Acts was going on in front of him And telling Inmate Williams to "Come here" (C.O. Thomas usually already in the act of unzipping, unbuttoning his pants, unbuckling his belt, And pulling his small member out) Mr Williams then came Closer to C.O. Thomas, dropped to his Knees in his gray sweatsuit And white rawlings Velcro sneakers And began to put his mouth on Mr Thomas' private, and fondling his balls At the same time with either hand. Sometimes switching to be more Comfortable in An uncomfortable position. These sexual favors went on for Approximately A year, stopped for A little bit then Continued for Approximately Another year, Not always the same exact way but basically the same favors, Mr Williams would Sometimes have to pull dark bushy hairs from out of his mouth from the forest of pubic hairs C.O. Thomas Seemed to Never trim. (FACTS)

   Between the rubbing, touching, fondling of private Areas, the trading of sexual favors for either the blind eye to, or the turning of the head to wrong doings And/or prison violations (ex. Smoking, Contraband) Life in prison was fairly easy Aside from the Constant degrading of

2

ones body And conscience And the occasional bruises on the knees from giving (service) oral sex on A concrete foundation,

One day late september of 2021 Correctional officer Thomas Came into cell 102 on Unit 10 pod B to get (service) And Mr Williams was tired. (Too high from smoking K-2 "A synthetic drug") So Mr Williams tells CO. Thomas "Not right Now" C.O. Thomas became enraged And stormed out of the cell furious at Mr WILLIAMS. The Very Next day Correctional officer Thomas Came into the cell (102 on unit 10 pod B) while Bob was present, wrote only Mr Williams up for contraband, took his T.V. And sent him to the RHU. The misconduct was eventually dismissed, however it did not stop Mr Williams from spending time in the RHU, losing his job, missing property, And being Arbitrarily punished...etc.

Mr Williams finally capitulated to C.O. Thomas tactless efforts. The touching, Kissing, And sexual favors continued, rubbing of Mr Williams buttocks, the fondling of genetalia on both ends, & Oral sex only given by Mr Williams And C.O. Thomas the receipient. Mr WILLIAMS at this point because of C.O. Thomas was moved And Now held captive in cell 204 unit 10 pod D from ▨▨▨▨▨▨▨ OCTOBER of 2020 til Approximately December of 2021. (For the Most part)

Mr Williams started to feel like he wasn't getting his fair share of the deal. Like he needed more for what he was giving Away. C.O. Thomas walked into cell 204 on unit 10, pod D And attempted to enter Mr Williams Anally. Mr Williams Again in gray sweatpants And gray Sweatshirt, white velcro rawlings sneakers, white boxers And white tee Shirt under the sweatsuit. (socks also but can't remember color or type) The cot/bunk/place of rest in that cell was to the right when you walked in. Mr Thomas then said "let me get some of that booty" Mr Williams at that time pulled both boxers And sweatpants down to his Ankles, pulled the left sneaker off (left the sock on) but pulled

his left leg out of his pant (sweatpants) leg, and boxer in order to be able to spread his legs and feet apart. With Mr Williams clothes down to show his naked rear end he then put both knees on the bottom cot, his feet and legs spread apart awaiting for C.O. Thomas to enter Mr Williams anally. Mr Williams hands in front of his knees approximately 1 foot apart flat on the mattress (which at the time was covered with 2 white sheets and a wool blanket) Mr Williams face and head was against the cold concrete wall the bunk was bolted to. C.O. Thomas then unbuckled his belt, unzipped and unbuttoned his pants and opened the front of them. He pulled his penis out (regular for a man his size) then spit on his hand and wiped saliva across and on Mr Williams rectum. The pressure of having to be fast or maybe the whole rush/idea of getting caught left Mr/C.O. Thomas' penis in a flacid state. This left C.O. Thomas furious in his drunken state.

C.O. Thomas erectile disfunction at that moment had saved Mr Williams from a rectal opening. As C.O. Thomas' penis was in a ~~flacid~~ flacid state and he was trying anxiously to get it in Mr Williams rear, it was like someone trying to smush a mushroom onto a mattress. Mr Williams was happy for the moment. Being degraded all the time uncontrollably, and then all of a sudden a relief from GOD. (FACTS)

The next time Mr thomas entered Williams cell... More touching, kissing while C.O. Thomas reaked of alcohol. As if he had either been drinking minutes prior or in the employee parking lot. Mr Williams always gave in to C.O. Thomas' advances (after the RHU incident in 2020) but had thought, he would get more out of this deal or he would threaten to tell someone.

Mr Williams was locked in cell 204 on unit 10 pod D approximately late 2021 maybe? Mr Williams Low Key (sneakily so nobody else could hear) Told C.O. Thomas that if he didn't give Mr Williams

4

more exclusive stuff (ex. Ciggarettes, Suboxone, marajuana, K-2, phone etc...) that he was going to spill the beans (be a whistleblower, a rat, a snitch, tattle tell) and let everyone Know about their sexual relationship. Mr Thomas was livid, far beyond anger to the point of rage and his exact statement was "Oh yea, If you do I'm a squeeze your balls til they pop!" There were probably inmates around that heard it, Robert Day, Stephen Sanjour, John Blackston.

*NotE* one day Inmate (I/M) Williams and I/M Blackston was talking and John Blackston replied "I think Thomas is GAY" Mr Williams then said "I'm sure he is because of..." But never told John Blackston About the sexual experiences because of the enviroment. (FACTS)

The later it got in 2021 or early 2022 Mr Williams didn't remember seeing much of C.O. Thomas. Only sporadically. However Mr Williams was still scared to report the incident(s) not Knowing if Thomas had been fired and/or quite, plus his older brother worked there also. When Mr WILLIAMs was safely away from George W. Hill correctional facility the incident(s) were immediately reported. Mr Williams did Attempt to report a prea through the PREA Hotline (Prison Rape Elimination Act) but it didn't leave Mr Williams safe at all. C.O. Thomas was too important and the prison was already short staffed. Plus Mr Williams is just an inmate subject for Anyone to do whatever they want to him.

The GEO GROUP was aware of similar allegations with other inmates Such as. but not limited to Jermaine Shockey And others. When the Allegations were reported SCI Smithfield official(s) did take it seriously Delaware County Prison official(s) did not. Mr Williams during these incident(s) was a pretrial detainee being subject to cruel and unusual PUNISHMENT, A multitude of Due process violations, and other Constitutional Violations, Amendments 1,2,4,6,8, & 14. (FACTS)

②In mid or early December (exact date unknown) of 2021 on Unit 3 pod B (also Known as the SMU) in George W. Hill Correctional Facility (Mr Williams was escorted there in handcuffs by a Correctional officer) Mr Williams was dragged by the shirt by Sergeant Richburg into cell 108. Then savagely, viciously, and brutally beaten by Sergeants Richburg and S. Brown.

Sgt Richburg dragged Mr. Williams in the cell, once in the cell away from all cameras Mr Williams lay handcuffed to the back still (completely subdued and not resisting), stomach, legs, chest, face, and hair lay on the dirty floor with the paint peeling like the concrete hadn't been painted in years. There was a puddle of water by the sink toilet combination. The smell was like stale and/or stagnant water with a strong scent of urine like a project hallway. Mr Williams face and body being smushed to the floor. The cold dirty concrete felt like the most course sandpaper digging in his face with an Ice Cube behind it. Dirt clumped in his face and hair from the dirty floor, Richburg had his knee in Williams back pushing his weight down. And at 300 plus pounds it felt like Williams back was actually breaking. The pressure was squeezing the air out of his lungs. At the same time S. Brown was sadistically punching and kicking Mr Williams and all the inmate could think about was " Allah don't let them kill me and call it a suicide" (Allah=GOD). You figure normally when an inmate is moved by way of force a handheld camera is brought. But they didn't which meant there were ILL intentions from the get go. (Beginning) FACTS. After only a couple/few minutes which seemed to feel like an hour to Mr Williams he couldn't move and was scared to move. Sgt. Richburg finally takes the handcuffs off while Mr Williams belly and face was still on the floor. The back, knees, ribs, elbow, and neck of Mr Williams was in excruciating pain. Medical Services were denied. Grievances were denied and when they were available relief was denied. Sgt Jones was notified of the assault the very next day during a Urinalysis. There was still no results. This

Larcenous act and sadistic, malicious beating was unwarranted, unnece-
ssary, and unprovoked. These capricious acts of violence by prison officials
show an act of enforcing cruel and arbitrary punishment on unsuspecting
victims.

Mr Williams was also assaulted again by Sgt Richburg under direction
of Megan Gilbert approximately 7/21 – 7/24 of 2022. Mr Williams alre-
ady damaged knee was further aggravated by Sgt Richburgs force of
twisting it arbitrarily. This happened at Medical in one of the examination
rooms. Delaware County prison official(s) / Policies made this incident
impossible to report although it was reported Verbally to Chief leach. Two
years later the agonizing pain from these incident(s) still exist.

(3)    From March of the year of our lord 2020 til 2021 (Approximately)
DANA Keith and The GEO GROUP had the law library closed (allegedly
due to Covid restrictions), there were no legal work available for request,
No notaries, No case law, motions, etc, hindering specific legal interest. Even
had there been some type of service available where you could send a
request and get legal work back, that would have been better than NOT
being able to study at all. In that time (Almost a full year possibly longer
than a year "more than likely more than a year") there is a possibility Mr Williams
could have found some information that could've helped him beat his case, either
at trial or at the very 1st post conviction stage. A year is alot of study time,
Delaware County turns over a good percentage of cases on appeal (FACTS)
And Mr Williams case wasn't possibly due to the lack of study time and
lack of Certifiable Knowledge of the law, All due to Not having access
to the law library. And by the time Mr Williams was able to get in
the law library (Maybe late 2021 For sure early 2022) less than an hour
for one day a week. (FACTS) Not sufficient time for ANY case let alone a
Murder Case. (less than 52 hours a year) @ MAXIMUM. Not only that
but At George W. Hill correctional facility in the SMU (UNIT 3) there

Is NO LAW LIBRARY ACCESS at all, There is No way to research And no books available. You have to catch the law librarian (DANA Keith at that time) Who creeps on the block for 5 minutes during a time when everyone is sleep. You have to Know exactly what you need And there WAS no way to search motions And/or caselaw or print it to reference it. Mr Williams spent Months in the SMU. 12/21 to 1/22 (December of 2021 to January of 2022) And Approximately June of 2022 to September of 2022, FACTS, Multiple grievances, Little results. Law library did open.

④ The Geo group failed to protect Mr Williams And failed to provide Adequate Medical services. Mr Williams WAS Coehersed by two different inmates to have sex with them. (Never reported due to fear of his Saftey) On January 21, 2022 (approximately) While Mr Williams WAS Stabbed a multitude of times And beaten by A trilogy of inmates Known for violence and extortion to staff. (C.O. Suvoor was notified) This incident happened As he was sitting on the toilet In number 2 mode (pants to his ankles). He suffered two black eyes, scarring of the face And multiple stab wounds to the back from the incident. There was So much blood loss it looked like A painting on the wall.

Mr Williams is A well Known opioid user. Blood Analysis at Crozer Chester Medical Center revealed such And Urinalysis upon entry of George W. Hill correctional facility showed opioid use. So the Geo Group And Delaware County prison official(s) /wellpath was Aware that Mr Williams needed help. The Geo Group And these other entities did not offer Medically Assisted treatment for opioid Addiction during An opioid epidemic such as, but not limited to Sublicade, Suboxone, etc. The opioid epididemic is /was all over the news. So prison official(s) Knew of the issue. The state of Pennsylvania has had A law for years that If you walk into A pharmacy with An I.D. you can get A bottle of Narcan free of charge. Mr Williams is on record getting Narcan, blood

8

Analysis shows a mixture of opioids, and urinalysis test shows the same. A preponderance of evidence exists that Mr Williams had an active addiction to opioids during an opioid epidemic and the GEO GROUP, Wellpath, and Delaware County Prison official(s) did nothing to help. Had mr Williams been arrested in Philadelphia County he would have immediately received medically assisted treatment. But since he was arrested in Delaware County (The Suburbs of Philadelphia / The Greater Philadelphia Area) Mr Williams will be barred for a lifetime of medically assisted treatment (MAT Program) for opioid addiction all because of where his crime was committed inside of the Commonwealth of Pennsylvania. Which is Not fair at all because Mr Williams is just a bad of an addict as anyone else. Maybe worse than Some. He will Never be offered help due to The Geo Groups Medical policy at the time of his arrest, During an opioid epidemic. Its not fair because he really needs it. He will be an addict forever and forced to medicate himself the best way he knows how. (Illegal Narcotics/drugs) Furthermore there was No drug program on Unit 10, No N/A, No A/A, No T/C, No help. Its almost like they promote illegal drug use. <u>FACTS</u>. The pain of opioid withdrawal was unbearable. These actions leave Mr Williams No choice, No other option but to Self medicate over the still existing Never ending issue. The GEO GROUP had mr WILLIAMS locked in a cell 24 hours a day 5 days a week from March of 2020 until the change of Companies in March of 2022. We're talking No showers, at months at a time No electric in the cell. The Geo Group sold mr Williams a radio and T.V. but did not offer batteries for the radio for over a year (~~January~~ April of 2021 - March 2022) Approximately. Mr Williams was denied Medical care after both staff assaults and inmate assaults by the Geo Group (scars still clearly visable). Along with the Closing of the law library for a year. (March 2020 - Jan 2021 Approximately) In 3 full years there were Islamic services for Maximum Custod inmates (Darnell Thomas, Robert Day, and others are witnesses to these incident(s))

9

A total of 3 times in early 2022 (February/March Approximately) The Geo Group has trampled on Mr Williams Constitutional rights. There was black mold in the shower on Unit 10 Pod D for over a year (ALL OF 2021) for sure causing a premature preventable death. The Gym was closed More than 2½ years and No Work out equipment was available at all. An inmate in a level 5 prison need not to be escorted in handcuffs with No misconducts. Its oppressive and degrading. (FACTS) Common Practice in GWHCF

⑤ Delaware County Prison switched over from a paper based mail system to a digital mail system which was on the tablet. (Your own tablet provided by the prison) June of 2022 was when the Memo came out (for the Second time) And mail was official stopped in a physical sense. The problem with this at that time was SMU inmates were NOT allowed their own tablet And were Not allowed to Log in to their own account ultimately being denied Mail services. After grievances and telling staff (C.O. Bacon and Chief Leach) C.O. Bacon Stated "SMU inmates will have their mail printed out and brought to them" But the mail NEVER was. The tablet was NEVER able to be USED for mail in the SMU And it was NEVER in an inmates possession more than a half of an hour. Mr Williams spent from 6/22 to 9/22 No mail, No messages (Phone ONLY) able to be received on the tablet. Limited contact to family members. In July of 2022 Delaware County prison official(s) denied Mr Williams An Attorney Visit with Trial Attorney Michael Dugan. Delaware County prison official(s) Kept Mr Williams in the SMU upon orders of Megan Gilbert of Wellpath and The Warden of George W Hill Correctional Facility for 2 months for no reason other than Arbitrary punishment, torment, and torture. (FACTS) No misconduct, No Nothing. Delaware County prison official(s) on 7/27/22 took Mr WILLIAMS T.V., Prayer rug, Bible, trial Notes, Never to be returned Violating due process and the constitutional right to religious freedoms. Delaware County Prison official(s) had/have a custom of when certain Maximum custody inmates get sentenced, they send them to the SMU. This is ruling in an Arbitrary way

10

And much oppressive to the inmate, for one to be charge with a murder is just mind blowing and unimaginable. But then to be locked in solitary confinement afterwards with a beaming light on all night is mentally assassinating and pure barbarianism. (FACTS) Mr Williams was held captive in the SMU from July of 2022 until September of 2022. *NOTE* The United Nations describes torture as solitary confinement in access of 14 days. (A form of torture) Maybe 15 days... But its A <u>Fact</u> These various acts of debauchery and alliances with the enemy are riddled with corruption and have ripped the souls, wealth, and health from pious victims (<u>FACTS</u>)

(6)    Approximately July 23, 2022 Megan Gilbert of WellPath located at George W. Hill Correctional facility Cochersed Mr Williams into telling the psychiatrist / Psychologist for Delaware County Court of Common Pleas false information. This information was used at a Murder trial ending in Mr Williams demise. (<u>FACTS</u>) Megan Gilbert told Mr Williams to say certain things which actually got him punished instead of the outcome Megan Gilbert said it would be. <u>FACTS</u>, Megan Gilbert did this action around 4:30pm in the medical department of George W Hill Correctional Facility. Megan Gilbert also went beyond her scope of work all because she had a personal vendetta against Mr Williams. She arbitrarily ruled, she put Mr Williams on suicide watch MULTIPLE TIMES although Mr Williams said MULTIPLE TIMES that he was NOT suicidal and had NO PRIOR suicide attempts and made No verbal or written indications of a suicide attempt. Causing actual punishment on a pretrial detainee. *(Long after

SMU   this incident Mr Williams did attempt suicide because oppressive prison conditions
B side→ had drove him to the edge. NO DELAWARE COUNTY PRISON OFFICIAL HELPED AND/
August   OR CARED. C.O. GARR was on duty Mr Williams overdosed on prescription pills, the Sink
2022   was clogged and constantly running. Williams woke up hours later on the floor soaked
2nd   with dirty water. <u>FACTS</u>*) Megan Gilbert also violated HIPPA concerns July 21, 2022
Shift   until September 22, 2022 by NOT keeping private medical matters private (Sama(i)
4pm-12am   Jackson a witness) talking private matters in front of staff and inmates. Mr Williams Around that time held captive on Unit 3 pod B cell 105 or 106 located at the bottom of the steps. Officer present unknown. (<u>FACTS</u>) Megan Gilbert undoubtedly used her personal feelings against Mr Williams on multiple occassions. FACTS.

11

The reign of Terror Against selected targets, And larcenous debacles Applied by All of these defendant(s) And more is An Abandonment (An injury). These Acts have violated the spirit of the constitution of the United States. The Warden of George W. Hill Correctional facility was made Aware of Most of these Accusations
*(Except the rapes, which was the one initiated by the staff member was reported immediately later down the line for reasons of Mr Williams personal safety. If the Prison official(s) are only there to detain you, but yet they are Assaulting And putting you at extreme risk for Assaults the only protection you have is your own And GOD...)* Luitenant Mlood was made Aware of the theft of property(*see UCC financing statement/UCC Contract trust Account #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) Multiple times. ex In February of 2022, Again in March 2022, then Again when it was taken for good in August of 2022 (FACTS). The Geo Group did nothing to protect Mr Williams body. Delaware County prison official(s) did nothing to protect his Mental (Which caused A mental breakdown And multiple Suicide Attempts) And/or his property. The Geo Group, Wellpath, Delaware County prison officials did nothing to help with Mr Williams blatant Opioid Addiction causing him to be barred from Medically Assisted treatment for A lifetime. The process these entities (employee(s) thereof have Applied Are coersive persuasion And/or thought reform has exploited A minority And subject Mr Williams to continuous torment, pain, And suffering, physically, mentally, And emotionally. (FACTS) Mr Williams was supposed to be detained (Allegedly) And protected from evil. Instead he endured horrific tortures at the hands of prison official(s). BIG FACTS. A multitude of Constitutional Violations were Committed by these official(s). These Acts of terror were bold And Audacious. The Act(s) of these official(s) Attributed to Mr Williams fear of life itself. FACTS. The failure to protect Mr Williams is A clear deprivation of Colors And Are terrifying, frightening, And intrusive. The pain, discomfort, embarrassment has Consumed him with desperation for help. And there were NONE. The evidence he had Amassed did Nothing for relief.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

George W. Hill Correctional Facility

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I filed many @ George W Hill Correctional Facility

I reported the rape @ Camp Hill & SCI Smithfield

2.    What did you claim in your grievance?

Theft of property, dirty showers, physical Assaults by prison guards No law library, No medical services

3.    What was the result, if any?

NONE

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The appeal process @ GWHCF isn't so elaborate as the PADOC but every single grievance ever written was appealed and every single one was a complete waste of time. Guys did start getting law library eventually guys started coming out so some work but not the important ones. FACTS.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   Grievances on sexual assaults were Not filed out of fear of retaliation.

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   SCI Camp Hill official(s) verbally (they put it in the computer)
   SCI Smithfield officials they took it so serious, medical exam if I needed it therapy, offered to speak with PSP & better response couldn't have been given. Real live investigation.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I actually had A stack of grievances and Appeals however due to oppressive prison conditions they are All gone and so is the Notes to this lawsuit and the one I filed before this.

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    ~~THE GEO GROUP~~ DANIEL WILLIAMS

Defendant(s)    The Geo Group, The Commonwealth of Pennsylvania

2.    Court *(if federal court, name the district; if state court, name the county and State)*

United States District Court Eastern District (Philadelphia, P.A)

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

John Padova / Wendy Beetlestone

5.    Approximate date of filing lawsuit

March 2022?

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.    June 2022

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? Yes but in a different prison for different reasons.

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)    Daniel Williams ©
     Defendant(s)    Pennsylvania Dept of Corrections, The United States, Joseph Terra, Wellpath

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     United States District Court
     Western District, Johnstown P.A.

3.   Docket or index number
     3:24 - CV - 228

4.   Name of Judge assigned to your case
     UNKnown

5.   Approximate date of filing lawsuit
     10/1/24

6.   Is the case still pending?
     ☒ Yes
     ☐ No

     If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     Still pending

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _10/9/24_

| | |
|---|---|
| Signature of Plaintiff | *WITHOUT PREJUDICE UCC Title 1 – 308* |
| Printed Name of Plaintiff | DANIEL WILLIAMS © |
| Prison Identification # | QP 1536 |
| Prison Address | 1200 Mokychic Drive |
| | Collegeville    P.A.    19426 |
| | City          State       Zip Code |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City          State       Zip Code |
| Telephone Number | |
| E-mail Address | |