**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DANIEL WILLIAMS,                        :
    Plaintiff,                       :
                                     :
v.                                      :        **CIVIL ACTION NO. 24-CV-5860**
                                     :
THE GEO GROUP, *et al.*,                :
    Defendants.                      :

**ORDER**

AND NOW, this 11th day of August, 2025, upon consideration of Plaintiff Daniel

Williams's Motions to Proceed *In Forma Pauperis* (ECF No. 6, 9), Prisoner Trust Fund Account

Statement (ECF No. 7), Motion for Default Judgment (ECF No. 12), and *pro se* Complaint (ECF

No. 1), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    Daniel Williams, #QP-1536, shall pay the full filing fee of $350 in installments,

pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the

Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20%

of the greater of (a) the average monthly deposits to Williams's inmate account; or (b) the

average monthly balance in Williams's inmate account for the six-month period immediately

preceding the filing of this case.  The Superintendent or other appropriate official shall calculate,

collect, and forward the initial payment assessed pursuant to this Order to the Court with a

reference to the docket number for this case.  In each succeeding month when the amount in

Williams's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate

official shall forward payments to the Clerk of Court equaling 20% of the preceding month's

income credited to Williams's inmate account until the fees are paid.  Each payment shall refer to the docket number for this case.

3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Phoenix.

4.      The Complaint is **DEEMED** filed.

5.      For the reasons stated in the Court's Memorandum, the Complaint is **DISMISSED in part** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim, as follows:

      a.   The access-to-courts claims asserted against Dana Keith, all claims asserted against the Delaware County Prison, and all claims based on violations of HIPAA are **DISMISSED WITH PREJUDICE**.

      b.   The Clerk of the Court is **DIRECTED** to **TERMINATE** the Delaware County Prison and Dana Keith as a Defendants.

      c.   All claims asserted against CO Thomas and all excessive force claims based on the December 2021 incident asserted against Richburg and S. Brown pass statutory screening and may proceed to service.

      d.   The balance of the claims in the Complaint are are **DISMISSED WITHOUT PREJUDICE**.

6.      The Clerk of Court is **DIRECTED** to send Williams (1) a blank copy of the Court's standard form complaint for prisoners to use to file a complaint bearing the above civil action number; and (2) a copy of his Complaint (ECF No. 1).

7.      Williams is given thirty (30) days to file an amended complaint in the event he can allege additional facts to cure the defects the Court has noted regarding the constitutional

claims that were dismissed without prejudice.  Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Williams's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 24-5860.  If Williams files an amended complaint, his amended complaint must be a complete document that includes all the bases for his claims, including claims that the Court has not yet dismissed if he seeks to proceed on those claims.  **For example, if Williams files an amended complaint, he must include in that amended complaint the allegations supporting his sexual abuse, retaliation, and excessive force claims, which have not been dismissed, if he seeks to proceed on those claims**.  Claims that are not included in the amended complaint will not be considered part of this case.  When drafting his amended complaint, Williams should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum.  Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

8.      If Williams does not file an amended complaint the Court will direct service of his initial Complaint.  Williams may also notify the Court that he seeks to proceed on his sexual abuse, retaliation, and excessive force claims against rather than file an amended complaint.  If he files such a notice, Williams is reminded to include the case number for this case, 24-5860.

9.      Williams's Motion for Default Judgment (ECF No. 12) is **DENIED as premature**.

10.     The time to serve process under Federal Rule of Civil Procedure 4(m) is

**EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are

issued.

                                        **BY THE COURT:**

                                        **S/ WENDY BEETLESTONE**


                                        _____

                                        **WENDY BEETLESTONE, C.J.**

4